IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLEN BRUMBAUGH, et al., | CASE NO. CV F 06-0225 AWI LJO |
| Petitioners, | **ORDER TO STRIKE NOTICE OF ENTRY OF JUDGMENT AND JUDGMENT** |
| vs. | (Doc. 6.) |
| CALIFORNIA SUPERIOR COURT IN AND FOR THE COUNTIES OF AMADOR, CALVERAS AND SANTA CLARA, et al, | |
| Respondents. / | |

On August 3, 2006 plaintiffs Allen Brumbaugh and Andrew Roy Morris (collectively "plaintiffs") filed a document entitled "Notice of Entry of Judgment and Judgment Pursuant to Federal Rules of Civil Procedures, Rule 58(b)(2)(B), Rule 60(B)(3), Rule 56(A), Rule 57, and Federal Rules of Evidence, Rule 201(D)" ("notice"). The notice attempts to order this Court's clerk to prepare a judgment for injunctive, monetary and related relief against several California and county agencies and officials. The notice is a fraud upon this Court in that plaintiff's complaint is pending the district judge's review to dismiss. This Court's March 6, 2006 findings and recommendations admonished plaintiffs that this Court will strike papers "**unless this Court specifically grants plaintiffs permission to file an amended complaint.**" (Bold in original.) Plaintiffs have not been granted permission to file an amended complaint and in turn to proceed with this action. This Court STRIKES plaintiff's Notice of Entry of Judgment and Judgment Pursuant to Federal Rules of Civil Procedures, Rule 58(b)(2)(B), Rule

1  60(B)(3), Rule 56(A), Rule 57, and Federal Rules of Evidence, Rule 201(D), filed on August 3, 2006.

2  IT IS SO ORDERED.

3  **Dated:   August 7, 2006**              /s/ Lawrence J. O'Neill
   66h44d                                    UNITED STATES MAGISTRATE JUDGE