IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLEN BRUMBAUGH, et al., | CASE NO. CV F 06-0225 AWI LJO |
| Petitioners, | **ORDER TO DISREGARD NOTICE OF APPEAL** |
| vs. | (Doc. 8.) |
| CALIFORNIA SUPERIOR COURT IN AND FOR THE COUNTIES OF AMADOR, CALVERAS AND SANTA CLARA, et al, | |
| Respondents. / | |

On August 3, 2006 plaintiffs Allen Brumbaugh and Andrew Roy Morris (collectively "plaintiffs") filed a document entitled "Notice of Entry of Judgment and Judgment Pursuant to Federal Rules of Civil Procedures, Rule 58(b)(2)(B), Rule 60(B)(3), Rule 56(A), Rule 57, and Federal Rules of Evidence, Rule 201(D)" ("notice"). The notice attempted to order this Court's clerk to prepare a judgment for injunctive, monetary and related relief against several California and county agencies and officials. The notice was a fraud upon this Court in that plaintiff's complaint was pending the district judge's review to dismiss. This Court's August 8, 2006 order struck the notice.

On August 22, 2006, plaintiffs filed their "Notice of Appeal and Notice Designating Papers and Records for Incorporation in Record on Appeal" to attempt to appeal the August 8, 2006 order. The August 8, 2006 order is not a final decision subject to appellate review. *See* 28 U.S.C. § 1291. As such, this Court DIRECTS the clerk to DISREGARD plaintiffs' August 22, 2006 "Notice of Appeal and

Notice Designating Papers and Records for Incorporation in Record on Appeal."

IT IS SO ORDERED.

**Dated:     September 6, 2006**                     /s/ Lawrence J. O'Neill
66h44d                                                       UNITED STATES MAGISTRATE JUDGE